**From:** HARGEN,PAUL (HP-PuertoRico,ex1)
**Sent:** Monday, October 13, 2003 9:05 AM
**To:** 'claudio.ballester@UBS.com'; 'sara.torres@ubs.com'
**Cc:** HARGEN,PAUL (HP-PuertoRico,ex1)
**Subject:** MR Hargen Trust
**Importance:** High
**Sensitivity:** Confidential

Per our recent conversation, here is the address for Nelly Sanchez, my father's wife. She presently lives with her daughter, Denise Branly.

2435 Cedar Dale Drive
Germantown, TN 38139

The home phone number is: (901) 752-1126.

Please contact me after your review of the terms of the trust with her so as to understand the outcome. In addition, I would like to request that statements of the trust account be sent to me on a monthly basis effective September, 2003.

Let me know should you have any questions or concerns.

Regards,

Paul Hargen

tn 787.819.6450
fx 787.819.6693