**From:** magda.broco@ubs.com [mailto:magda.broco@ubs.com]
**Sent:** Thursday, January 24, 2008 4:57 PM
**To:** Hargen, Paul T
**Subject:** Trust Hargen

Hola Paul, quería dejarte saber que la cuenta tiene un balance en Money Market al día de hoy de $137K aproximadamente de redenciones que ha recibido la cuenta. Como sabes, las tasas han seguido bajando. Todavía tenemos la oportunidad de invertir en fondos* de bonos locales con un rendimiento corriente de un 6% exento. Déjame saber si te interesa por que tenemos hasta fin de mes para que los cambios en rendimientos comienzen a reflejarse en las inversiones.

Saludos,

Los valores de ingreso fijo están sujetos a los riesgos del mercado y a los riesgos de las tasas de interés. De venderse en el mercado secundario antes de su vencimiento, los inversionistas podrían tener una ganancia o una pérdida, dependiendo de las tasas de interés, las condiciones del mercado y la calidad crediticia del emisor.

Precios y rendimientos son a (01/24/2008), y están sujetos a fluctuaciones diarias en el Mercado. Los bonos están sujetos a cambios de disponibilidad, precio y/o rendimientos. El ingreso podría estar sujeto a impuestos locales y estatales El valor del principal y los rendimientos podrían fluctuar si son vendidos antes de su vencimiento.

* - dividendo corriente 6%, fluctua, no paga dividendo fijo,

Magda T. Broco
Investment Associate
UBS Financial Services Incorporated of Puerto Rico
1161 Ashford Avenue
San Juan PR  00907
Tel 787-977-0203
Fax 787-977-0331

Please do not transmit orders or instructions regarding a UBS account by e-mail. The information provided in this e-mail or any attachments is not an official transaction confirmation or account statement. For your protection, do not include account numbers, Social Security numbers, credit card numbers, passwords or other non-public information in your e-mail. Because the information contained in this message may be privileged, confidential, proprietary or otherwise protected from disclosure, please notify us immediately by replying to this message and deleting it from your computer if you have received this communication in error. Thank you.

UBS Financial Services Inc.
UBS International Inc.
UBS Financial Services Incorporated of Puerto Rico

2/20/2014