IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PAUL T. HARGEN-RODRIGUEZ, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>UBS TRUST COMPANY OF PUERTO RICO, *et al.*,<br><br>**Defendants.** | **Civil No.** 16-2340 (FAB) |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 43), this case is **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 7, 2017.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE